Jenna Dakroub, CA # 350170
*Admitted Pro Hac Vice*
CONSUMER ATTORNEYS
8245 N. 85th Way
Scottsdale, AZ 85258
T: (602) 807-1525
F: (718) 715-1750
E: jdakroub@consumerattorneys.com
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO
## SOUTHERN DIVISION

| | |
|---|---|
| SHAWN CODY DUNN,<br><br>　　　　　　Plaintiff,<br>v.<br>FIRST ADVANTAGE BACKGROUND SERVICES CORP.,<br><br>　　　　　　Defendant. | Case No.: 1:23-cv-00278-BLW<br><br>**NOTICE OF SETTLEMENT** |

　　　　NOTICE IS HEREBY GIVEN that Plaintiff Shawn Cody Dunn and Defendant First Advantage Background Services Corp. have resolved the claims between them in this matter. The parties are in the process of finalizing the terms and performance attendant to that resolution.  The parties anticipate completing that performance within the next forty-five (45) days and submitting to the Court the necessary dismissal papers. In the interim, the Parties ask that the Court vacate all deadlines in this matter, as there are no remaining Defendants. Plaintiff further requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

　　///

1

Respectfully submitted this 8th day of March 2024.

By: /s/ *Jenna Dakroub*
Jenna Dakroub, CA # 350170
*Admitted Pro Hac Vice*
CONSUMER ATTORNEYS
8245 N. 85th Way
Scottsdale, AZ 85258
T: (602) 807-1525
F: (718) 715-1750
E: jdakroub@consumerattorneys.com

Barkley B. Smith, ISBN 9193
Barkley Smith Law, PLLC
206 Jefferson St.
Boise, ID 83702
P: 208-481-4812
E: barkley@barkleysmithlaw.com

*Attorneys for Plaintiff*
*Shawn Dunn*

## CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2024, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

/s/ *Anastasia Lamsal*