UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SHAWN CODY DUNN,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>FIRST ADVANTAGE BACKGROUND SERVICES CORPORATION,<br><br>　　　　　　Defendant. | Case No. 1:23-cv-00278-BLW<br><br>**ORDER** |

On March 8, 2024, the plaintiff, Shawn Cody Dunn, submitted a notice of settlement (Dkt. 28) indicating that Mr. Dunn and the defendant, First Advantage Background Services Corporation, have resolved all claims in this matter. They anticipate that those terms will be finalized and performance complete within the next 45 days. The parties request that in the interim, the Court vacate all remaining deadlines. Finding that good cause exists, the Court will vacate the remaining deadlines. The Court, however, will not vacate the status conference currently set for April 4, 2024, but will reschedule it for a date after that 45-day window.

　　IT IS ORDERED that the telephonic status conference set for **April 4, 2024 at 3:00 p.m**. is VACATED. A new telephonic status conference is set for **May 10, 2024 at**

**ORDER - 1**

**10:00 a.m**. Plaintiff must initiate the conference call by placing it to (208) 334-9027 and must have all appropriate parties on the line.

    IT IS FURTHER ORDERED that all other deadlines are VACATED.

DATED: **March 13, 2024**

B. Lynn Winmill
U.S. District Court Judge

**ORDER - 2**